```
                                                    FILED
                                                 2019 AUG -7  PM 4: 05
                                                 CLERK US DISTRICT COURT
                                                  DISTRICT OF ARIZONA
```

1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona
   Angela W. Woolridge
3  Assistant U.S. Attorney
   Arizona State Bar No. 022079
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520-620-7300
6  Email: angela.woolridge@usdoj.gov            CR19-02109 TUC-JAS(LCK)
   Attorneys for Plaintiff
7
                IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE DISTRICT OF ARIZONA
9
                                              I N D I C T M E N T
10  United States of America,
                                         Violation:
11                   Plaintiff,
                                         18 U.S.C. § 922(g)(1)
12        vs.                            (Possession of Firearm and Ammunition
                                         by Convicted Felon)
13  Standley Eugene Daniels,

14                   Defendant.

15

16

17  **THE GRAND JURY CHARGES:**

18        On or about April 19, 2019, at or near Tucson, in the District of Arizona,

19  STANDLEY EUGENE DANIELS, knowingly having been previously convicted of a

20  crime punishable by a term of imprisonment exceeding one year; that is: Possession of

21  Firearm and Ammunition After Former Conviction of a Felony, in United States District

22  Court for the Northern District of Oklahoma, case number 06-CR-105-001-TCK, on

23  December 12, 2006; did knowingly possess a firearm and ammunition, that is, one JD

24  Machine model TR1 .223 caliber rifle, 31 rounds of .223 Remington caliber ammunition

25  and 30 rounds 5.56mm caliber ammunition; such firearm and ammunition being in and

26

27

28  / / /

affecting interstate commerce in that it was manufactured outside of the state of Arizona; in violation of Title 18, United States Code, Section 922(a).

A TRUE BILL

/s/

Presiding Juror

MICHAEL BAILEY
United States Attorney
District of Arizona

REDACTED FOR PUBLIC DISCLOSURE

/s/

Assistant U.S. Attorney

Dated:   August 7, 2019

*United States of America v. Standley Eugene Daniels*
*Indictment Page 2 of 2*